# DeBOTTIS & SCHAAL

**Attorneys at Law**

312 Broad Street, Oneida, NY 13421

Michel J. DeBottis
Randy J. Schaal

MAIN PHONE     (315) 363-6800
DIRECT PHONE  (315) 363-6888
FAX                  (315) 363-6801

October 12, 2010

**FILED**

OCT 1 2 2010

OFFICE OF THE BANKRUPTCY CLERK
UTICA, NY

United States Bankruptcy Court Clerk
10 Broad Street
Room 230
Utica, NY 13502

Re: Lucy Patterson
    Bankruptcy Case No. 09-61817

10/13/10

Dear Sirs:

Enclosed please find Check No. 10109 made payable to the United States Bankruptcy
Court Clerk f/b/o Radiology Associates of New Hartford in the amount of $3.91. Same is
being sent to you as the amount is under $5.00.

The address for the original creditor is Radiology Associates of New Hartford, CBCS,
PO Box 164060, Columbus, OH 43215.

Sincerely,

Randy J. Schaal
Bankruptcy Trustee

RJS/kg
Enc.

Receipt # 61100010